Paul E Middleton
4615 Elmstone Court
Kingwood, TX  77345
(800) 223-3818
pmiddleton@insurance-appraisal.com

---

**EDUCATION:**

**Texas A&M University**
*B.B.A. in Management, May 1982*

**Insurance Technical Training Institute**
*Property Estimating training, Dallas, Texas, June 1982*

**Insurance Institute of America - Correspondence**
*AIC 35, May 1992*

**Crawford & Company – Advanced Property School**
*Business Interruption, April 1995*

---

**EXPERIENCE:**

|  | |
|---|---|
| | **ELITE CLAIM SERVICES, INC.   and**<br>**INSURANCE ESTIMATING and APPRAISAL, INC.**<br>**President and General Adjuster** |
| January 1999<br>to current | Manage independent adjuster claim office.  Serve as Umpire and serve as Appraiser for both insurance companies and policyholders in order to resolve disputed property and auto damage claims.  Caseload is approximately 98% Umpire and 2% Appraiser, served as Umpire on approximately 4,000 claims up to $17 million.  Investigation expertise includes confirming cause of loss, coverage analysis, business income, litigation management, scope of damages and preparing estimates for condominiums, apartment buildings, mercantile, manufacturing, residential and auto property.  Earned CFEI designation as certified fire and explosion investigator in 1999 and earned CFII designation as certified fire investigator instructor in 2009. Earned CPAU designation as certified property appraiser and umpire in 2010. |
| | **USF&G INSURANCE**<br>**Property Claim Specialist** |
| September 1990<br>to December 1998 | Investigate and settle commercial and personal claims with heavy emphasis on structural damage.  Handled claims up to $750,000 under lines of business for Commercial Property, Residential Property, Builders Risk, Motor Truck Cargo, Contractors Equipment, Business Income, and Litigation Management.  Also adjusted Commercial General Liability, Business Auto, Personal Auto and Trick & Device claims. |

**VARIOUS MANAGEMENT POSITIONS**

February 1986 to
September 1990

1. Responsible for retail store sales, inventory control, supervision personnel, and client solicitation.
2. New accounts representative and Accounts/Customer manager
3. Restaurant personnel Supervisor for high volume store and reported inventory to Restaurant manager.

**AETNA LIFE & CASUALTY**
**Senior Property Claims Representative**

June 1982 to
January 1986

Investigated automobile and homeowner claims and negotiated settlements. Participated on storm catastrophe teams for victims of hurricanes, tornadoes, and other perils.

## OTHER ACTIVITIES:

- Windstorm Insurance Network Umpire Recertification Course, 2013
- Instructor at numerous Industry Conventions and Numerous Educational Seminars
- President,  South Florida Claims Association, 2011
- President,  Insurance Appraisal and Umpire Association, 2010
  - Current board member
- Speaker at Windstorm Conference
  - Late Notice, Orlando, FL in January 2014
  - Umpires – What Makes Us Tick, Tampa, FL in January 2007
- Speaker at Indoor Air Quality Association Seminar
  - Florida Atlantic University, Davie, FL  March 2006 and March 2007
- Florida Licensed All Lines Claims Adjuster A178238

**Guadalupe Garza**
**4601 Constance Drive**
**Corpus Christi, Texas 78413**
**361-774-1998**

## CAREER SUMMARY

Owner/Vice President with over thirty years experience in Roofing, cost Estimating and Management of all projects.

## EMPLOYMENT HISTORY

| | |
|---|---|
| 1991 – Present | **Baldwin Roofing Co., Inc., Corpus Christi, Texas** |

Owner/Vice President
- Solicit and maintain client pool.
- Provide work assignments for over twenty-five employees.
- Estimating and negotiating commercial and residential projects ranging from $50 to $2.5 mil.
- Coordinator of all projects.
- Assure quality workmanship.
- Design and Evaluate Commercial Roof Systems.
- Certified Training and Approved Applicator for the following: MBCI; NCI; Tile Institute; Berridge Manufacturing; GAF; Sarnafill; Duro-Last; Siplast; Performance Roofing; U.S. Ply; & Garland Company

1985 – 1991        **Construction Maintenance Services, Corpus Christi, Texas**

General Manager
- Estimated projects varying in detail and complexity.
- Coordinated and directed all projects.
- Supervised twelve Co-workers.

1977 – 1985        **B & N Roofing Company, Corpus Christi, Texas**

Estimator
- Projects ranged $50 to $100,000.00

Roofer
- Headed a roofing crew.
- Performed all required work duties.
- Project size ranged 100 SF to 200,000 SF and varied in scope of work.

General Labor
- Assisted Roofers with all duties.

## EDUCATION

**Del Mar College, Corpus Christi, Texas,** related course work included:  Cost Estimating, Construction Drawings and Documents, and Building Systems.

**Richard King High School, Corpus Christi, Texas,** graduated with Diploma.

1512 Dove, Ste. A
McAllen, Texas 78504

Phone 956-630-0242
Fax    965-630-0377

E-mail mkrismer@swbell.net
       mkrismer@mail.rgvw.net

# Mike Krismer, CIE

**Summary of qualifications**

- Over 20 years of experience in structural repair and building renovation of both residential and commercial buildings. Primary focus has been water damage as it relates to the building envelope and structure.
- Inspected and/or investigated over 3000 residential structures for water damage and/or structural problems.
- Inspected and/or tested over 1000 homes for plumbing related problems.
- Performed environmental assessments of structures with Indoor Air Quality and/or mold/fungi related problems.
- Served as a testifying expert in trial, deposition, arbitration and/or mediation, in over 400-water damage related claims.
- Extensive experience in the identification of building defects including water damage, mold/fungi and methods of repair.
- Extensive experience in performing forensic investigations to determine the causes of foundation movement and water damage in residential and commercial structures. Including, soil samples, elevations, and plumbing investigations, crawl space inspections, environmental assessments, HVAC related problems and water intrusion issues.
- Extensive experience in the methods of repair for foundation failures; has consulted with architects, engineers, municipalities and others in the design ideas to restore foundations and structures to an acceptable structural condition.
- Extensive experience in the repair of structural problems in commercial and residential buildings.
- Working knowledge of the relationship between a foundation and the supporting soil.
- Working knowledge of plumbing systems, leak location and resulting water damage.
- Certified Indoor Environmentalist with a working knowledge of Indoor Air Quality issues as they relate to the building envelope.
- Supervised and/or authored remediation plans for homes contaminated with mold.

**Education and Certifications**

**1970 – 1972**          Mankato State University, Mankato, Minnesota
- Course of study included biology, zoology, botany (including mycology), and chemistry.

**1972 - 1976**          University of Texas, Austin, Texas
- Science Major

*Certified Indoor Environmentalist* - Certification # CIE 00483

*Texas Department of State Health Services*
Mold Assessment Consultant - License Number MAC0139 – Expires 12/04/2005

International Ground Source Heat Pump Association
IGSHPA Accredited Installer ID#: 14962-505  Expires: 6/30/2008

LEED Accredited Professional

HERS Certified Rater

| | |
|---|---|
| **Professional experience** | 2005 – Present          *EcoFresco LTD,* McAllen, Texas |

- Distributors of Geoexchange heating and cooling systems and other products related to sustainable building design.

2005 – Present          *Valley Loop LTD,* McAllen, Texas
- Installers of ground loops and pond loops for Geoexchange systems including purging services.

1994 – Present   -     *Krismer Consulting, Inc.,* McAllen, Texas
- Forensic investigations into water damage and structural problems.
- Indoor air quality issues.
- Environmental assessments.
- Mold remediation protocols and supervision.
- LEED – Accredited Professional – Consulting in sustainable building design and construction.
- HERS Certified Rater – Energy Star Program

1991 - 2000          *Leak Locators*, Corpus Christi, Texas
- Identification of plumbing problems and location of leaks in both commercial and residential buildings.  Consulting services.

1988 - 1994          *Krismer Foundation Repair*, Corpus Christi, Texas
- All phases of structural repair, including commercial, residential, pier and beam and slab structures.
- Consulting services, including scope of damages from water damage claims.

1982 - 1988          *South Texas Foundation Repair*, Corpus Christi, Texas
- All phases of structural repair, including commercial, residential, pier and beam and slab structures.

1979 - 1984          *Krismer Construction*, Corpus Christi, Texas
- Specialized in conversion of residential and multi-dwelling structures into commercial property.

**Professional affiliations**

ASHRAE   - American Society of Heating, Refrigeration and Air-Conditioning Engineers

Energy & Environmental Building Association

Indoor Air Quality Association

Texas Indoor Air Quality Association

Indoor Environmental Standards Organization

National Institute of Building Sciences

IGSHPA – International Ground Source Heat Pump Association

ASTM International

ICC – International Code Council

USGBC - U.S. Green Building Council

SBIC - Sustainable Buildings Industry Council

**February 16, 2005**

**List of Cases:** Mike Krismer has testified (*by deposition or trial testimony*) in the following
cases within the last eight years (*or thereabouts*):

| | |
|---|---|
| **Cause No.:** | 95-1990-C; Nueces County, Texas |
| Style of Case: | *Peggy Tucker v. Terminix International Company, L.P. d/b/a "Buster Summy Pest Control," Terminix International Inc.* |
| **Cause No.:** | 98-60867-2; Nueces County, Texas |
| Style of Case: | *Dr. James A. Nudelman and Caroline R. Nudelman v. Fire Insurance Exchange, et al* |
| **Cause No.:** | 95-481-B; Nueces County, Texas |
| Style of Case: | *William Otton, et ux v. Marcia Cobb Venzon, et al* |
| **Cause No.:** | 96-60018-4; Nueces County, Texas |
| Style of Case: | *Marcos Villarreal v. Trinity Universal Insurance Company, et al* |
| **Cause No.:** | 37785-1; Nueces County, Texas |
| Style of Case: | *Eydie Brooks, Individually and As Personal Representative Of the Estate of Dr. Kenneth D. Brooks, Deceased, and as Next Friend of Blue Brooks, Kendall Brooks, Union Brooks, and Conner Brooks v. Ramex Construction Co., Inc.* |
| **Cause No.:** | 96-60041-2; Nueces County, Texas |
| Style Of Case: | *Jerry B. Liedeker v. Marcia Cobb Venzon, et al* |
| **Cause No.:** | DC-99-85; Duval County, Texas |
| Style of Case: | *Frank J. Garcia and Alva S. Garcia v. Allstate Insurance Company, et al* |
| **Cause No.:** | 99-3563-E; Nueces County, Texas |
| Style of Case: | *Charles Blum and Leigh Blum v. Chubb Custom Insurance Co., et al* |
| **Cause No.:** | 98-61125-2; Nueces County, Texas |
| Style of Case: | *Dr. Roberto Bosquez and Ninfa Bosquez v. Chubb Custom Insurance Co., et al* |

**Cause No.:** 99-2969-C; Nueces County, Texas
**Style of Case:** *Sylvia A. Childers v. Certain Underwriters at Lloyds, et al*

**Cause No.:** 99-5461-E; Nueces County, Texas
**Style Of Case:** *Robert A. Nelson, et al v. Bodine Scott Air Conditioning Company*

**Cause No.:** 98-CI-1032-CV:  Guadalupe County, Texas
**Style Of Case:** *Nelson Froboese, et ux Karen Frobose v. State Farm Fire And Casualty Company, and Billy Lynum*

**Cause No.:** 99-113-C; Nueces County, Texas
**Style of Case:** *Harry Marks and Marcia Marks v. Terminix International Inc.*

**Cause No.:** 96-973-C; Nueces County, Texas
**Style of Case:** *James T. McMillen and Janice Elaine McMillen v. KNS, Inc. d/b/a/ Maverick Engineering, Tadashi Construction Company*

**Cause No.:** 93-4865-C; Nueces County, Texas
**Style of Case:** *William M. Allen v. Blueridge Insurance Company*

**Cause No.:** 97-0597-E; Nueces County, Texas
**Style Of Case:** *St. Paul's Reinsurance Company, LTD.  v. Abel Chapa*

**Cause No.:** 2000-07-2894-A; Cameron County, Texas
**Style Of Case:** *Sandra Pinales et al vs. Spigel Properties Inc.*

**Cause No.:** CL-36.316-A; Hidalgo County, Texas
**Style of Case:** *Oscar and Hilda Garcia v. Allstate Insurance Company, Allstate Texas Lloyd's and Robert Brown*

**Cause No.:** CL-36-324-A; Hidalgo County, Texas
**Style of Case:** *Arturo & Diana Cortez  v. Allstate Insurance Company, Allstate Texas Lloyd's and Ruben Elizondo*

**Cause No.:** 00-4573-C; Nueces County, Texas
**Style of Case:** *Faris & Carol Kirkland  v. USAA et al.*

| | |
|---|---|
| **Civil Action No.:** | M-00-301 United States District Court for the Southern District of Texas - McAllen Division |
| Style of Case: | *Martha Medina  v. State Farm Lloyds* |
| **Civil Action No.:** | M-01-236; United States District Court for the Southern District of Texas - McAllen Division |
| Style of Case: | *Connie and Vidal Gonzalez v. Allstate Insurance Company, Allstate Texas Lloyds Company and Carlos Guerra* |
| **Civil Action No.:** | M-C-00-387; United States District Court for the Southern District of Texas – Corpus Christi Division |
| **Style of Case:** | *Seaside Villa Council of Co-Owners v. CGU Insurance Company* |
| **Cause No.:** | CL-37-180-A; Hidalgo County, Texas |
| Style of Case: | *Ramon I. Pecina, Jr.  v. Allstate Insurance Company, Allstate Texas Lloyd's and Sandra Partida* |
| **Cause No.:** | CL-37,048-D; County Court at Law Number Four Hidalgo County, Texas |
| Style of Case: | *Rafael Gonzalez and Aida Gonzalez  v. Allstate Texas Lloyd's and Jaime Pena* |
| **Civil Action No.:** | M-02-092; United States District Court for the Southern District of Texas - McAllen Division |
| Style of Case: | *Javier Martinez and Maria Martinez v. Allstate Texas Lloyds Company* |
| **Civil Action No.:** | M-02-091; United States District Court for the Southern District of Texas - McAllen Division |
| Style of Case: | *Israel Hinojosa and Juanita Hinojosa  v. Allstate Texas Lloyds Company* |
| **Civil Action No.:** | M-02-095; United States District Court for the Southern District of Texas - McAllen Division |
| Style of Case: | *Ricardo Flores and Yolanda Flores  v. Allstate Texas Lloyds Company* |
| **Cause No.:** | CL-37,047-D; County Court at Law Number Four Hidalgo County, Texas |
| Style of Case: | *David Garcia, Jr. and Arlene Garcia  v. Allstate Insurance Company, Allstate Texas Lloyd's and Diana Ramirez* |

**Cause No.:** 01-4238-E; 148th District Court, Nueces County, Texas

**Style of Case:** *William B. Miller and Maureen Miller v. Fire Insurance Exchange, et al*

**Cause No.:** M-02-034, United States District Court for the Southern District of Texas – McAllen Division

**Style of Case:** *Jesus Sanchez and Yolanda Sanchez v. State Farm Lloyds*

**Cause No.:** C-1476-02-D, 206th Judicial District Court of Hidalgo County, Texas

**Style of Case:** *Joe Warren Friend, Jr. and Pamela Friend vs. Heartland Lloyds Insurance*

**Cause No.:** C-03-021; In the United States District Court, Southern District of Texas, Corpus Christi Division

**Style Of Case:** *William Laurel, et ux v. State Farm Lloyds, et al*

**Cause No.:** CL-39,366-D; In the County Court at Law Number 4, of Hidalgo County, Texas.

**Style Of Case:** *Raul Garza and Sara Garza v. Trinity Lloyd's Insurance Company and Mutual Insurance Agency*

**Cause No.:** 2000-46115; In the 157th Judicial District Court of Harris County, Texas.

**Style of Case:** *Brenda S. Cannon v. University Trace Condominium Association; et al*

**Cause No.:** 01-CV-0859; In the 10th Judicial District Court of Galveston County, Texas

**Style of Case:** *Todd Weatherill and Lisa Weatherill, et al. v. Allstate Texas Lloyds's, et al*

**Cause No.:** 02-6377-14; In the 347th Judicial District Court of Nueces County, Texas

**Style of Case:** *Douglas Buehne and Sylina Buehne v. State Farm Lloyds and Ernest Jenkins*

**Civil Action No:** C-02-488;

**Style of Case:** *Shelby A. Jordan, Independent Executor of the Estate of Robert S. Jordan, Jr. v. State Farm Lloyds*

| | |
|---|---|
| **Cause No.:** | 01CV0943; In the District Court of Galveston County Texas 405th Judicial District |
| Style of Case: | *James T. Lewellen and Ronda Lewellen vs. Redd Plumbing Enterprises d/b/a AAA Quality Plumbing vs. Ron Eschberger, d/b/a New Beginnings Construction* |
| **Civil Action No.:** | M-02-511; In the United States District Court, Southern District of Texas, McAllen Division |
| Style Of Case: | *Jesus Gonzalez v. Allstate Texas Lloyd's Company* |
| **Cause No.:** | 03-60927-1; In the County Court at Law No. 1; Nueces County, Texas |
| Style of Case: | *David Duggins and Lana Duggins v. Farmers Insurance Exchange* |
| **Cause No.:** | CL-38,608-E; In the County Court at Law No. 5; Hidalgo County, Texas |
| Style of Case: | *Carlos and Kristi Leal v. American National Lloyds Insurance Company (Defendant Third Party Plaintiff) v. Pella Corporation, Rodriguez Construction, Sharon Lea Construction, Armadillo Plumbing, Randy Herrera, Individually and Russell Licciardello, Jr. Individually (Third Party Defendants)* |
| **Cause No.:** | CL-37,045-A; In the County Court at Law number (1) of Hidalgo County, Texas |
| Style of Case: | *Noel Deleon and Leticia Deleon v. Allstate Insurance Company, Allstate Texas Lloyd's and Farmers Insurance Exchange* |
| **Cause No.:** | E-168,254; In the District Court of Jefferson County, Texas 172nd Judicial District |
| Style of Case: | *Port Arthur Independent School District vs. Maryland Casualty Company, Zurich American Insurance Company and Pro Noun Construction, Inc.* |
| **Civil Action No.:** | M-03-183; United States District Court Southern District of Texas McAllen Division |
| Style of Case: | *Valente Alaniz and Eva Alaniz v. State Farm Lloyds* |

**Cause No.:**   CL, 42,194-B; In the County Court At Law No. 2 of Hidalgo County, Texas;

**Style Of Case:**  *Roberto Yarto and Jennifer Yarto v. Chubb Lloyd's Insurance Company of Texas*

**Civil Action No.:** C-03-266; In the United State District Court for the Southern District of Texas, Corpus Christi Division;

**Style of Case:**  *Felix E. Caballero, Jr. vs. State Farm Lloyds, State Farm Fire & Casualty*

**Cause No.:**   CL-04-269-A; In the County Court At Law No. 1, Hidalgo County, Texas;

**Style of Case:**  *Juan Arenas and Tomasa Arenas v. Farmers Insurance Exchange and Porfirio Casas, in his representative capacity*

**Cause No.:**   CL-43,389-B; In the County Court At Law No. 2, Hidalgo County, Texas;

**Style of Case:**  *Florentino Ramos and Diana Ramos vs. Farmers Insurance*

       *Exchange; Gordian Environmental, LLC; and Health and Safety Management, Inc.*

**Civil Action No.:** C-04-15; In the United State District Court for the Southern District of Texas, Corpus Christi Division;

**Style of Case:**  *Charles Webb and Delma Donivan Webb vs. State Farm Insurance and State Farm Lloyds d/b/a State Farm*

**Cause No.:**   01CV0943; In the 246th Judicial District Court of Galveston County, Texas;

**Style of Case:**  *James T. Lewellen and Ronda Lewellen vs. American National Lloyd's Insurance Company, et al*

**Cause No.:**   DC-02-329; In the 229th Judicial District Court of Duval County, Texas;

**Style of Case:**  *San Diego Independent School District v. Maryland Insurance Company*

**Cause No.:**   02-62061-1; In the County Court at Law Number One, Nueces County, Texas

**Style of Case:**  *Virginia Campbell vs. Gary Rogers and Greats, Inc. d/b/a as Sonic Drive-In*

Cause No.:        01-4238-E; 148th District Court, Nueces County, Texas
Style of Case:    *William B. Miller and Maureen Miller v. Fire Insurance
                  Exchange, et al*

Cause No.:        M-02-034, United States District Court for the Southern
                  District of Texas – McAllen Division
Style of Case:    *Jesus Sanchez and Yolanda Sanchez v. State Farm Lloyds*

Cause No.:        C-1476-02-D, 206th Judicial District Court of Hidalgo
                  County, Texas
Style of Case:    *Joe Warren Friend, Jr. and Pamela Friend vs. Heartland
                  Lloyds Insurance*

Cause No.:        C-03-021; In the United States District Court, Southern
                  District of Texas, Corpus Christi Division
Style Of Case:    *William Laurel, et ux v. State Farm Lloyds, et al*

Cause No.:        CL-39,366-D; In the County Court at Law Number 4, of
                  Hidalgo County, Texas.
Style Of Case:    *Raul Garza and Sara Garza v. Trinity Lloyd's Insurance
                  Company and Mutual Insurance Agency*

Cause No.:        2000-46115; In the 157th Judicial District Court of Harris
                  County, Texas.
Style of Case:    *Brenda S. Cannon v. University Trace Condominium
                  Association; et al*

Cause No.:        01-CV-0859; In the 10th Judicial District Court of
                  Galveston County, Texas
Style of Case:    *Todd Weatherill and Lisa Weatherill, et al. v. Allstate
                  Texas Lloyds's, et al*

Cause No.:        02-6377-14; In the 347th Judicial District Court of Nueces
                  County, Texas
Style of Case:    *Douglas Buehne and Sylina Buehne v. State Farm Lloyds
                  and Ernest Jenkins*

Civil Action No:  C-02-488;
Style of Case:    *Shelby A. Jordan, Independent Executor of the Estate of
                  Robert S. Jordan, Jr. v. State Farm Lloyds*

Cause No.:        01CV0943; In the District Court of Galveston County Texas 405th Judicial District

Style of Case:     *James T. Lewellen and Ronda Lewellen vs. Redd Plumbing Enterprises d/b/a AAA Quality Plumbing vs. Ron Eschberger, d/b/a New Beginnings Construction*

Civil Action No.:   M-02-511; In the United States District Court, Southern District of Texas, McAllen Division

Style Of Case:    *Jesus Gonzalez v. Allstate Texas Lloyd's Company*

Cause No.:        03-60927-1; In the County Court at Law No. 1; Nueces County, Texas

Style of Case:     *David Duggins and Lana Duggins v. Farmers Insurance Exchange*

Cause No.:        CL-38,608-E; In the County Court at Law No. 5; Hidalgo County, Texas

Style of Case:     *Carlos and Kristi Leal v. American National Lloyds Insurance Company (Defendant Third Party Plaintiff) v. Pella Corporation, Rodriguez Construction, Sharon Lea Construction, Armadillo Plumbing, Randy Herrera, Individually and Russell Licciardello, Jr. Individually (Third Party Defendants)*

Cause No.:        CL-37,045-A; In the County Court at Law number (1) of Hidalgo County, Texas

Style of Case:     *Noel Deleon and Leticia Deleon v. Allstate Insurance Company, Allstate Texas Lloyd's and Farmers Insurance Exchange*

Cause No.:        E-168,254; In the District Court of Jefferson County, Texas 172nd Judicial District

Style of Case:     *Port Arthur Independent School District vs. Maryland Casualty Company, Zurich American Insurance Company and Pro Noun Construction, Inc.*

Civil Action No.:   M-03-183; United States District Court Southern District of Texas McAllen Division

Style of Case:     *Valente Alaniz and Eva Alaniz v. State Farm Lloyds*

| | |
|---|---|
| **Cause No.:** | CL, 42,194-B; In the County Court At Law No. 2 of Hidalgo County, Texas; |
| Style Of Case: | *Roberto Yarto and Jennifer Yarto v. Chubb Lloyd's Insurance Company of Texas* |
| **Civil Action No.:** | C-03-266; In the United State District Court for the Southern District of Texas, Corpus Christi Division; |
| Style of Case: | *Felix E. Caballero, Jr. vs. State Farm Lloyds, State Farm Fire & Casualty* |
| **Cause No.:** | CL-04-269-A; In the County Court At Law No. 1, Hidalgo County, Texas; |
| Style of Case: | *Juan Arenas and Tomasa Arenas v. Farmers Insurance Exchange and Porfirio Casas, in his representative capacity* |
| **Cause No.:** | CL-43,389-B; In the County Court At Law No. 2, Hidalgo County, Texas; |
| Style of Case: *Insurance* | *Florentino Ramos and Diana Ramos vs. Farmers Exchange; Gordian Environmental, LLC; and Health and Safety Management, Inc.* |
| **Civil Action No.:** | C-04-15; In the United State District Court for the Southern District of Texas, Corpus Christi Division; |
| Style of Case: | *Charles Webb and Delma Donivan Webb vs. State Farm Insurance and State Farm Lloyds d/b/a State Farm* |
| **Cause No.:** | 01CV0943; In the 246th Judicial District Court of Galveston County, Texas; |
| Style of Case: | *James T. Lewellen and Ronda Lewellen vs. American National Lloyd's Insurance Company, et al* |
| **Cause No.:** | DC-02-329; In the 229th Judicial District Court of Duval County, Texas; |
| Style of Case: | *San Diego Independent School District v. Maryland Insurance Company* |
| **Cause No.:** | 02-62061-1; In the County Court at Law Number One, Nueces County, Texas |
| Style of Case: | *Virginia Campbell vs. Gary Rogers and Greats, Inc. d/b/a as Sonic Drive-In* |

### PETER DE LA MORA, P.E.

Since his graduation from Manhattan College in 1968, Mr. de la Mora has worked as both an engineer and a general contractor. He has extensive experience in the design and construction of residential, commercial, industrial and institutional buildings. He has experience in single-family residence, apartments and multiple family housing construction, as well as the design and construction of hotels, hospitals, schools and government and institutional buildings. Mr. de la Mora has also participated in fungi or mold assessment and remediation projects. He is familiar with containment methods, specialized equipment and safety requirements. His knowledge of construction methods and materials has been instrumental in determining the source of mold contamination and the requirements for remediation. Mr. de la Mora has extensive experience in roofing materials and roofing installation. He has performed numerous investigations to determine the cause of roof damage, such as tornados, hurricanes, hail, freeze, and construction deficiencies..

He also has worked in the design and construction of sawmills and pulp mills, refineries, bulk-loading port facilities, above ground and underground storage tanks, marinas and sea-plane terminals. He has managed and owned engineering and construction firms.

Mr. de la Mora has given courtroom and deposition testimony in domestic and international litigation. He has performed as appraiser in the resolution of claims. In addition, Mr. de la Mora speaks, reads and writes fluent Spanish and has worked in responsible engineering positions in Spain and Mexico.

### EDUCATION AND PROFESSIONAL ASSOCIATIONS

B.S. - Civil Engineering - Manhattan College - 1968
Registered Professional Engineer - Texas, (California, and British Columbia, Canada)

Member:    The Structural Engineers Institute
           The Institute of Roofing, Waterproofing and Building Envelope Professionals, RCI, LLC
           American Society of Civil Engineers
           American Concrete Institute-
           Diplomate of the American Board of Forensic Engineering and Technology

Publications: The Plumbing Test, Spring Conference 1998, American Society of Civil Engineers

### EMPLOYMENT HISTORY

| | |
|---|---|
| 1995 - Present | PE Service |
| 1983 - 1995 | Rimkus Consulting Group, Inc. |
| 1986 - 1991 | Green-Mark Ventures, Inc. |
| 1981 - 1983 | Daniel, Mann, Johnson and Mendenhall |
| 1980 - 1981 | Sir William Halcrow and Partners |
| 1977 - 1980 | De la Mora, Chang and Associates |
| 1975 - 1977 | G.A.M.A. Enterprises, Inc. |
| 1970 - 1975 | Bechtel Corporation |
| 1968 - 1970 | Procon, Inc. |

### PETER DE LA MORA, P.E.

**DETAILED PROFESSIONAL EXPERIENCE:**

**PE SERVICE**                                                                                    **1995 - PRESENT**

Civil design, site development design and construction management services for industrial facilities, institutional, medical, educational, and residential developments.  Layout and development of port bulk loading and container facilities including rail alignment, material handling and road traffic control, as well as, ship loading and unloading.  Supervised engineers and designers in the design of physical development of construction documents for public works projects and private commercial, institutional, and industrial projects, including hospital complexes, sport arenas, petrochemical plants, sewer collection and treatment plants and the implementation of environmental infrastructure of quarries and gravel pits.

Analysis of failures in civil and structural engineering disciplines related to residential, commercial, municipal, institutional, and industrial and educational buildings.  Mr. de la Mora conducted investigation of foundation failures, structural deficiencies and failures, investigation of roof leaks caused by storm damage, material inadequacies and construction defects.  Design of repairs to foundations, as well as to wood, steel, and concrete structures.  Design of repairs and structural alterations to historical buildings.  Engineering design of structures for commercial, institutional, industrial, and educational facilities.  Investigation of construction claims and disputes arising from material misuse, contractor's performance, delays, and installation procedures.  Verification of construction compliance with applicable building codes and contract specifications.

In addition, Mr. de la Mora has investigated hurricane damage to residences, buildings and other structure caused by Hurricanes Andrew, Gilbert (Cancun, Mexico), Hugo, Isabel, Charley, Francis, Jeanne, Ivan, Wilma, Katrina, Rita, Humberto, Dolly, and Ike.  Many of these damage investigations also included separating damage caused by wind and flood.

Assessment of mold contamination and preparation of remediation procedures for residential, commercial, educational, and institutional buildings.

**RIMKUS CONSULTING GROUP, INC.**                                                   **1983 - 1995**

Manager of Property Division.  Managed 33 engineers in 5 offices throughout the United States.  Maintained quality control for site investigation and design policy.  Forensic investigations of all types of property related claims: foundations, plumbing, structural deficiencies and failures, slip and fall and other premises liability claims, construction claims litigation and roof damage investigations.  Has worked on international construction claims and has given testimony in international litigation.

Management of sureties take-over of construction projects to completion, including determination of percentage complete, evaluation of work to determine compliance with contract and specifications, monitoring progress and costs, and analyzing and negotiating subcontractor and vendor claims.  Management of construction projects to completion.

**GREEN-MARK VENTURES, INC.**                                                        **1988 - 1991**

Civil construction of custom houses, light commercial buildings, and professional offices.  Project supervisor from conceptual development to completion of construction, company business management, including investment analysis and economic feasibility study.  Managed office and sales personnel, as well as subcontractors.  Project Management of construction, including quality control, scheduling, calculation of percent complete, and approval of progress payments.

**DANIEL, MANN, JOHNSON AND MENDENHALL (DMJM)**                    **1981 - 1983**

Direct management responsibility for the civil/structural engineering department of the Houston office of this internationally recognized engineering and architectural firm.    Additional duties included the scheduling of projects and manpower use for the projects, setting design parameters, and supervision of engineers and designers in the performance of their duties.  Among the projects for which Mr. de la Mora had direct engineering responsibility are hospitals, sports arenas, missile assembly buildings, airplane hangars, post offices, and historic restoration of national landmark buildings.

**SIR WILLIAM HALCROW AND PARTNERS**                    **1980 - 1981**

Mr. de la Mora supervised the engineering design and construction of sawmills, bulk loading marine terminals, docks and ship channels, marinas and sea plane terminals.  In addition to his design and supervisory duties, Mr. de la Mora worked with the Vancouver Harbors Board and Canadian Ministry of Transport in developing the master plan for development of the Burrard Inlet in Vancouver, British Columbia.

**DE LA MORA, CHANG AND ASSOCIATES, INC.**                    **1977 - 1980**

Direct management responsibility for engineering design and consulting firm.  Performed extensive inspection of industrial plants and sawmills for the Workers' Compensation Board of British Columbia. Design and construction management of subdivisions, shopping centers, and single and multiple family dwellings.

**G.A.M.A. ENTERPRISES, INC.**                    **1975 - 1977**

Family owned land development and Construction Company.  Real estate marketing, land development and construction management of subdivisions, single family houses, townhomes and commercial buildings.

**BECHTEL CORPORATION**                    **1970 - 1975**

Structural engineering design of nuclear power plant projects.  Duties included liaison with piping design and the design of pipe failure restraints.  Worked on the design of pipe supports for several nuclear and conventional power plants, including field review of the installation of pipe supports.

**PROCON, INC.**                    **1968 - 1970**

Based in Spain, Mr. de la Mora was responsible for the scheduling and supervision of the installation and testing of pipe supports in oil refinery and chemical plant projects.

Peter de la Mora, PE
PE Service
11700 Southwest Freeway, #211
Houston, TX 77031
Office: 713-523-0104
    Fax: 832-201-8272

# JOHN A. MILLIN IV
4900 North 10th Street, Suite C4
McAllen, Texas 78504
(956) 631-5600
Fax: (956) 631-5605

## EDUCATION

Legal:

### SOUTH TEXAS COLLEGE OF LAW
Houston, Texas
- Doctor of Jurisprudence Degree, May 1999
- Received Temporary Bar Card, June 1998
- Junior Prosecutor, Harris County District Attorney's Office, Houston, Texas

Undergraduate:

### PRINCETON UNIVERSITY
Princeton, New Jersey
- A.B. in Anthropology, May 1995
- Authored Doctoral-Quality Thesis, *The Proliferation of Violence Through Its Control: An Inquiry Into the Rise of the Prison Gang*
- Three-Year Letterman, Baseball
- President, Zeta Beta Chapter, Kappa Alpha Order

## PROFESSIONAL

Oct 1999 – Dec 2001

Associate Attorney, **Kittleman, Thomas, Ramirez & Gonzales, PLLC,** McAllen, Texas

Jan 2002 – Dec 2003

Associate Attorney, **Law Office of Reynaldo Ortiz, P.C.,** McAllen, Texas

Jan 2004 – April 2014

Partner, **Ortiz & Millin, L.P.,** McAllen, Texas

April 2014 – Present

Partner, **Millin & Millin, PLLC,** McAllen, Texas

- Licensed, *Supreme Court of Texas*, June 1999
- Licensed, *United States District Court, Southern District of Texas*, 2000
- Licensed, *United States District Court, Northern District of Texas*, 2002
- Licensed, *United States Court of Appeals, Fifth Circuit*, 2003
- Member, Hidalgo County Bar Association
- Director, Hidalgo County Young Lawyers Association, 2001-03

## MISCELLANEOUS

- Ran Motorola Austin Marathon, 2004.
- Chairman, Princeton University Alumni Schools Committee, Rio Grande Valley Region of Texas, serving as the head recruiter for Princeton in South Texas.
- Involved in the Make-a-Wish Foundation of South Texas.
- Host of the McAllen MD Anderson Children's Art Project Annual Event.
- City of McAllen Planning & Zoning Board Member, 2012 to present.
- Coach, McAllen Boys & Girls Club Baseball League, 2009 to present.
- Coach, McAllen Youth Soccer Association, 2011 to present.