IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| TEMPLE EMANUEL<br>Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO.: 7:14-cv-513<br>Jury Demanded |
| CHURCH MUTUAL INSURANCE COMPANY<br>Defendant. | § § § § | |

### STIPULATION OF PARTIES REGARDING PLAINTIFF'S EXPERTS

Pursuant to Federal Rule of Civil Procedure 29, Plaintiff Temple Emanuel ("Plaintiff") and Defendant Church Mutual Insurance Company ("Defendant") make the following stipulations regarding Plaintiff's Expert Disclosures and Designation of Expert Witnesses filed on October 31, 2014:

- Plaintiff has agreed to withdraw and de-designate three expert witnesses that Plaintiff designated in Plaintiff's Expert Disclosures and Designation of Expert Witnesses filed on October 31, 2014, including Paul Middleton, Mike Krismer, CIE and Peter De La Mora, PE;

- Plaintiff has also agreed it will not call Paul Middleton, Mike Krismer, CIE or Peter De La Mora, PE to testify at trial; and

- Based on Plaintiff's agreement to withdraw and de-designate Paul Middleton, Mike Krismer, CIE or Peter De La Mora, PE and Plaintiff's agreement that it will not call any of these three expert witnesses to testify at trial, Defendant has agreed to withdraw its request for dates for their depositions and to refrain from requesting any information required by Federal Rule of Civil Procedure 26(a)(2) for these three expert witnesses.

Respectfully submitted,

SHEINESS, GLOVER, & GROSSMAN, L.L.P.

By: _____
Marc A. Sheiness

Attorney-in-Charge
Texas State Bar No. 18187500
Federal Bar No. 2591
4544 Post Oak Place, Suite 270
Houston, Texas 77027
(713) 374-7005 Telephone
(713) 374-7049 Facsimile
Email: msheiness@hou-law.com

Attorney for Defendant
CHURCH MUTUAL INSURANCE COMPANY

MILLIN & MILIN, L.P.

By: _____
John A. Millin IV
Attorney-in-Charge
Texas State Bar No. 24005166
Federal ID: 24026
4900 N. 10th Street, Suite C4
McAllen, Texas 78504
(956) 631-5600 Telephone
(956) 631-5605 Facsimile
Email: john@millinmillin.com

Attorney for Plaintiff
TEMPLE EMANUEL

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument has been served on all counsel of record by the CM/ECF system of the Southern District of Texas, in accordance with the Federal Rules of Civil Procedure and applicable Local Rules on this 3rd day of June 2015.
19th

John A. Millin IV
MILLIN & MILIN, L.P.
4900 N. 10th Street, Suite C4
McAllen, Texas 78504

_____
Marc A. Sheiness